IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRIS THACKER, M.D. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MAXIMUS, INC. and DOES 1-50, <br><br> Defendants. | CV 25-177-M-WWM <br><br><br> ORDER |

Before the Court is the Motion for Admission *Pro Hac Vice* from Defendant Maximus, Inc. for the admission of Danielle R. Foley (Doc. 9) to appear *pro hac vice* in the above-captioned matter. It appears that Bruce M. Spencer will serve as local counsel in this matter. The application of Danielle R. Foley complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Maximus Inc.'s motion to allow Danielle R. Foley to appear before this Court (Doc. 9) is GRANTED, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and

discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2. Danielle R. Foley must do her own work. This means that she individually (a) do her own writing; (b) sign her own pleadings, motions, and briefs; and (c) appear and participate personally.

3. Admission is personal to Danielle R. Foley and does not extend to Venable LLP.

4. Danielle R. Foley shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5. Local counsel will provide a copy of this Order to Danielle R. Foley.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Danielle R. Foley individually files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

2