# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CHRIS THACKER, M.D. et al., | CV 25-177-M-WWM |
| Plaintiffs, | |
| vs. | ORDER |
| MAXIMUS, INC. and DOES 1-50, | |
| Defendants. | |

Before the Court is the Motion for Admission *Pro Hac Vice* from Defendant

Maximus, Inc. for the admission of Theodore B. Randles (Doc. 10) to appear *pro*

*hac vice* in the above-captioned matter.  It appears that Bruce M. Spencer will

serve as local counsel in this matter.  The application of Theodore B. Randles

complies with this Court's Local Rules governing the admission of counsel *pro*

*hac vice*.  D. Mont. L.R. Civ. 83.1(d).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Maximus Inc.'s motion to

allow Theodore B. Randles to appear before this Court (Doc. 10) is GRANTED,

on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7),

    including, but not limited to, (a) attendance at depositions and court

    proceedings, (b) preparation and review of briefs, discovery requests, and

discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2.   Theodore B. Randles must do his own work.  This means that he individually (a) do his own writing; (b) sign his own pleadings, motions, and briefs; and (c) appear and participate personally.

3.   Admission is personal to Theodore B. Randles and does not extend to Venable LLP.

4.   Theodore B. Randles shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5.   Local counsel will provide a copy of this Order to Theodore B. Randles.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Theodore B. Randles individually files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of December, 2025.

_____
WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE