# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| CHRIS THACKER, M.D. et al., | CV 25-177-M-WWM |
| Plaintiffs, | |
| vs. | ORDER |
| MAXIMUS, INC. and DOES 1-50, | |
| Defendants. | |

Before the Court is the Motion for Admission *Pro Hac Vice* from Defendant Maximus, Inc. for the admission of Edward C. Beach, Jr. (Doc. 12) to appear *pro hac vice* in the above-captioned matter. It appears that Bruce M. Spencer will serve as local counsel in this matter. The application of Edward C. Beach, Jr. complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Maximus Inc.'s motion to allow Edward C. Beach, Jr. to appear before this Court (Doc. 12) is GRANTED, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and

discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2.   Edward C. Beach, Jr. must do his own work.  This means that he individually (a) do his own writing; (b) sign his own pleadings, motions, and briefs; and (c) appear and participate personally.

3.   Admission is personal to Edward C. Beach, Jr. and does not extend to Venable LLP.

4.   Edward C. Beach, Jr. shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5.   Local counsel will provide a copy of this Order to Edward C. Beach, Jr.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Edward C. Beach, Jr. individually files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of December, 2025.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE